UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **CHAT LOWE,** | : | VIOLATIONS: |
| **Defendant.** | : | 18 U.S.C. § 2332a |
| | : | (Threats Against a Property Owned, Leased, or |
| | : | Used by the United States); |
| | : | Counts I and III |
| | : | 22 D.C. Code § 1810 |
| | : | (Threatening to Injure a Person or Damage his |
| | : | Property) |
| | : | Counts II and IV |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about July 11, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to use a weapon of mass destruction against property that is owned, leased, or used by the United States or by any department or agency of the United States, that is, the E. Barrett Prettyman United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C. (**Threats Against Property Owned, Leased, or Used by the United States**, in violation of Title 18, United States Code, Section 2332a(a)(3))

**COUNT TWO**

On or about July 11, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to injure the person of another and to physically damage the property of any person, in whole or in part.

(**Threatening to Injure a Person or Damage his Property**, in violation of Title 22, District of Columbia Code, Section 1810)

## COUNT THREE

On or about July 12, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to use a weapon of mass destruction against property that is owned, leased, or used by the United States or by any department or agency of the United States, that is, the E. Barrett Prettyman United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C.

(**Threats Against Property Owned, Leased, or Used by the United States**, in violation of Title 18, United States Code, Section 2332a(a)(3))

## COUNT FOUR

On or about July 12, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to injure the person of another and to physically damage the property of any person, in whole or in part.

(**Threatening to Injure a Person or Damage his Property**, in violation of Title 22, District of Columbia Code, Section 1810)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.