# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-178(CKK)** |
| | : | |
| v. | : | |
| | : | |
| **CHAT LOWE** | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorneys Stevan E. Bunnell and Catherine K. Connelly. Mr. Bunnell can be reached at telephone number 202-514-6988 and/or email address: Steve.Bunnell@usdoj.gov. Ms. Connelly can be reached at telephone number 202-616-3384 and/or email address Catherine.Connelly2@usdoj.gov. This is also notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

---

Stevan E. Bunnell
Assistant United States Attorney
D.C. Bar No. 414398
555 4th Street, N.W.  #5842A
Washington, DC 20001

---

Catherine K. Connelly
Assistant United States Attorney
Mass. Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001