# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHAT LOWE<br><br>DOB: | DOCKET NO: **06-178**  MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Chat Lowe<br><br>**FILED**<br>JUN 2 1 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

THREATS AGAINST A PROPERTY OWNED, LEASED OR USED BY THE UNITED STATES;

THREATENING TO INJURE A PERSON OR DAMAGE HIS PROPERTY

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:2332a; and 22 D.C. Code 1810

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/20/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>6/20/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |