UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
| v. ) | Criminal Action No. 06-178 (CKK) |
| ) | |
| **CHAT LOWE,** ) | |
| ) | |
| **Petitioner.** ) | |
| ) | |

## ORDER

As Motions Judge, the undersigned will re-convene the detention hearing on June 29, 2006, at 1:45 pm in Courtroom 22A, instead of the status conference set before Magistrate Judge Facciola.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 27, 2006.