CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

August 2, 2006

UNITED STATES OF AMERICA
                v.                                                          Criminal No. **06cr178**

**CHAT LOWE**

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | STATUS HEARING |
| DATE: | MONDAY, AUGUST 7, 2006 |
| TIME: | 2:30 P.M. |
| JUDGE: | COLLEEN KOLLAR-KOTELLY |
| COURTROOM: | NO. 28A, 6TH FLOOR, ANNEX |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:    /s/    (Dorothy Patterson)
              Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk
      Mary Petras, AFPD
      Ketanji Brown Jackson, AFPD
      Catherine Connelly, AUSA
      Steve Bunnell, AUSA
      Pretrial Services