UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>CHAT LOWE,<br><br>    Defendant. | Crim. Action No. 06-178 (CKK) |

**ORDER**

As set out by the Court and agreed to on the record by the parties at the status conference held on Monday, August 7, 2006, it is hereby

**ORDERED** that the next status conference in this case is set for Friday, August 25, 2006 at 11:30 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex; it is further

**ORDERED** that Defendant's Motion to Dismiss shall be due by Friday, August 11, 2006 at 12:00 noon; the Government's Response shall be due by Wednesday, August 16, 2006 at 12:00 noon; and any Reply shall be due by Friday, August 18, 2006 at 12:00 noon; it is further

**ORDERED** that the Government's anticipated Rule 609 and Rule 404(b) motions – along with any accompanying, hereto-unprovided discovery – shall be due by Friday, August 11, 2006 at 12:00 noon; it is further

**ORDERED** that if Defendant plans to concede the Government's Rule 609 and Rule 404(b) motions, Defendant must do so in a document filed on ECF and signed by Defendant no later than Friday, August 18, 2006; if Defendant concedes these motions, trial in this case shall begin on Monday, August 28, 2006 at 9:00 a.m.; it is further

**ORDERED** that if Defendant is not going to concede the Government's Rule 609 and

Rule 404(b) motions, Defendant should file a notice on ECF by Friday, August 18, 2006 indicating as such. Defendant's Opposition(s) to the Government's motions shall then be due by Friday, August 25, 2006. Should Defendant take this route and oppose the Government's motions, trial in this case shall begin on Tuesday, September 12, 2006 at 9:00 a.m; it is further

**ORDERED** that by Friday, August 18, 2006 at 12:00 noon, the parties must submit a diskette to the Court that contains (1) the parties' Joint Statement of the Case for the purposes of *voir dire*; (2) a list of requested *voir dire* questions, showing those agreed upon and not agreed upon; (3) jury instructions regarding the offense conduct; (4) a list of standard instructions showing those agreed upon and not agreed upon; (5) the complete text of non-standard instructions with authorities relied upon; and (6) text of the verdict form, including any special interrogatories.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge