UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-178 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **CHAT LOWE** | : | |

**ORDER**

      Upon consideration of the Government's Motion to Impeach Defendant with His Prior Convictions Pursuant to Rule 609, and the record herein, it is this _____ day of _____, 2006, hereby

      ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Stevan E. Bunnell
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Mary Petras
Ketanji Brown Jackson
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004