UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-178 (CKK) |
| v. | : | GRAND JURY ORIGINAL |
| CHAT LOWE, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 2332a |
| | : | (Threats Against a Property Owned, Leased, or Used by the United States); |
| | : | 22 D.C. Code § 1810 |
| | : | (Threatening to Damage Property); |
| | : | 18 U.S.C. § 115(a)(1)(B) |
| | : | (Threatening a Federal Official); |
| | : | 18 U.S.C. § 115(a)(1)(A) |
| | : | (Influencing Federal Official by Threatening a Family Member) |

KOLLAR-KOTELLY, J. CKK

### INDICTMENT

AUG 10 2006

The Grand Jury charges that:

#### COUNT ONE

On or about July 11, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to use a weapon of mass destruction against property that is owned, leased, or used by the United States or by any department or agency of the United States, that is, the E. Barrett Prettyman United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C.

**(Threats Against Property Owned, Leased, or Used by the United States,** in violation of Title 18, United States Code, Section 2332a(a)(3))


SUPERSEDING

## COUNT TWO

On or about July 11, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to physically damage the property of any person, in whole or in part, that is, he threatened to blow up the E. Barrett Prettyman United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C.

**(Threatening to Damage Property**, in violation of Title 22, District of Columbia Code, Section 1810)

## COUNT THREE

On or about July 12, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to use a weapon of mass destruction against property that is owned, leased, or used by the United States or by any department or agency of the United States, that is, the E. Barrett Prettyman United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C.

**(Threats Against Property Owned, Leased, or Used by the United States**, in violation of Title 18, United States Code, Section 2332a(a)(3))

## COUNT FOUR

On or about July 12, 2005, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to physically damage the property of any person, in whole or in part, that is, he threatened to blow up the the E. Barrett Prettyman United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C.

**(Threatening to Damage Property**, in violation of Title 22, District of Columbia Code, Section 1810)

## COUNT FIVE

On or about June 21, 2006, within the District of Columbia, the defendant, **CHAT LOWE**, did threaten to assault Federal Bureau of Investigation Special Agent Monica Patton, with intent to retaliate against Special Agent Monica Patton while she was engaged in or on account of the performance of her official duties.

**(Threatening a Federal Official**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

## COUNT SIX

On or about June 21, 2006, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to injure the person of Monica Patton, in whole or in part.

**(Threatening to Injure a Person**, in violation of Title 22, District of Columbia Code, Section 1810)

## COUNT SEVEN

On or about June 21, 2006, within the District of Columbia, the defendant, **CHAT LOWE**, willfully and unlawfully did threaten to assault Federal Bureau of Investigation Special Agents Monica Patton, Joseph Lowery, and Daniel Bremer, and/or members of the immediate families of Federal Bureau of Investigation Special Agents Monica Patton, Joseph Lowery, and Daniel Bremer, by threatening to "violate" members of the agents' families, with intent to retaliate against Federal Bureau of Investigation Special Agents Monica Patton, Joseph Lowery, and Daniel Bremer while they were engaged in or on account of the performance of their official duties.

**(Threatening a Federal Official**, in violation of Title 18, United States Code, Section 115(a)(1)(A))

## COUNT EIGHT

On or about June 21, 2006, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to injure the persons of Monica Patton, Joseph Lowery, and Daniel Bremer in whole or in part.

**(Threatening to Injure a Person**, in violation of Title 22, District of Columbia Code, Section 1810)

## COUNT NINE

On or about June 21, 2006, within the District of Columbia, the defendant, **CHAT LOWE**, did threaten to assault the judges of the United States District Court for the District of Columbia, with intent to retaliate against the judges while they were engaged in or on account of the performance of their official duties.

**(Threatening a Federal Official**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

## COUNT TEN

On or about June 21, 2006, in the District of Columbia, the defendant, **CHAT LOWE**, threatened to injure the judges of the United States District Court for the District of Columbia.

**(Threatening to Injure a Person**, in violation of Title 22, District of Columbia Code, Section 1810)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.