UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-178(CKK) |
| v. | : | **FILED** |
| CHAT LOWE | : | AUG 1 1 2006 |

**STATEMENT OF OFFENSE**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On June 20, 2006, a federal grand jury returned an indictment charging defendant Chat Lowe with two violations of 18 U.S.C. 2332a(a)(3), Threats Against Property Owned, Leased, or Used by the United States, and two violations of 22 D.C. Code § 1810, Threatening to Injure a Person or Damage His Property. At the time of the indictment return, Magistrate Judge John Facciola issued an arrest warrant for defendant Lowe. The charges in the June 20th indictment stemmed from alleged threats the defendant made on two successive days in July 2005 to blow up the E. Barrett Prettyman United States Courthouse (hereinafter "the courthouse").

On June 21, 2006, Defendant Lowe was arrested by agents from the Federal Bureau of Investigation pursuant to the warrant issued by Magistrate Judge Facciola. The arrest took place in the office of the Hope Village Halfway House, 2840 Langston Place, SE, Washington, D.C., at approximately 6:55 am. During the course of the arrest and while being transported for processing, defendant Lowe made threatening statements to FBI agents involved in his arrest. These statements included telling Special Agent Monica Patton of the Washington Field Office., "I'll cut your titties off." He also told SA Patton and her two colleagues, Special Agents Daniel Bremer and Joseph Lowery that "I've got friends down in Florida to take care of you." He repeatedly referred to Agent Patton as a "white bitch" and a "pussy." He further stated to the agents, "I'll knock on your front door and violate you and your mammy;" "You've all got

1

family and kids. I'll find you, knock on your front door, and teach you a lesson;" and "You all won't know I'm coming."

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

Stevan E. Bunnell
Assistant United States Attorney
D.C. Bar No. 414398
555 4th Street, NW #5842A
Washington, DC 20001

Catherine K. Connelly/SEB
Catherine K. Connelly
Assistant United States Attorney
Mass. Bar No. 649430
555 4th Street, NW #4844
Washington, DC 20001

2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorneys for the defendant, Mary Petras and Ketanji Brown Jackson this 11th day of August, 2006.

                                                      /s/ Stevan E. Bunnell
                                          Stevan E. Bunnell
                                          Assistant United States Attorney

3