UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Chat Lowe**                    Docket No.: **1:06CR00178-001**

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

    ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

**FILED**

AUG − 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Collen Kollar-Kotelly
United States District Judge

8/6/08
Date